APR-26-2007  09:11                                        P.03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

          - v -                  :

MARIANNA RODRIGUEZ,              :

          Defendant.             :

- - - - - - - - - - - - - - - - x

 **ORIGINAL**    *JUDGE GRIESA*

NOTICE OF INTENT TO
FILE AN INFORMATION

**07 CRIM. 3 8**

          Please take notice that the United States Attorney's
Office will file an information upon the defendant's waiver of
indictment, pursuant to Rule 7(b) of the Federal Rules of
Criminal Procedure.

Dated:    New York, New York
          April 30, 2007

                         MICHAEL J. GARCIA
                         United States Attorney

          By: _____
                         Christine Y. Wong
                         Assistant United States Attorney


                         AGREED AND CONSENTED TO:

          By: _____
                         Stephen Turano
                         Attorney for Marianna Rodriguez

SDNY
ENT
RONIC
FILED 5/3/07

5/3/07        IN HLEEL  A