UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                        INFORMATION
            - v. -                  :

MARIANNA RODRIGUEZ,                 :   07CRIM 388

            Defendant.              :

- - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

1.   From on or about March 23, 2005, through in or about the fall of 2005, in the Southern District of New York and elsewhere, MARIANNA RODRIGUEZ, the defendant, and others known and unknown, unlawfully, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Section 1015(d) of Title 18, United States Code.

2.   It was a part and an object of the conspiracy that MARIANNA RODRIGUEZ, the defendant, and her co-conspirators, unlawfully, willfully and knowingly would and did make a false certificate, acknowledgment and statement concerning the appearance before them and the taking of an oath and affirmation and the signature, attestation and execution by a person with respect to an application, declaration, petition, affidavit, deposition, certificate of naturalization, certificate of citizenship and other paper and writing required and authorized

by the laws relating to immigration, naturalization, citizenship and registry of aliens, in violation of Title 18, United States Code, Section 1015(d).

<u>Overt Acts</u>

3.  In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts were committed in the Southern District of New York and elsewhere:

    a.  Between March 23, 2005, and in or about the fall of 2005, RODRIGUEZ approved the citizenship applications of at least three aliens, even though she had not conducted a required interview of those three alien applicants, or administered the required United States civics and history tests to the three applicants.

(Title 18, United States Code, Section 371.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v -

MARIANNA RODRIGUEZ,

Defendant.

===

**INFORMATION**
07 Cr.

(Title 18, United States Code, Section 371)


                                MICHAEL J. GARCIA
                              United States Attorney.

===

5/7/07

⚹ Deft pres w/ atty Stephen Turano, gov't by Christine Wong, AUSA. Deft waives prosecution by indictment and consents to proceed by Information. Deft is arraigned on this information and pleads not guilty. Next conf sch'd for 5/21/07 @ 4:30pm. Time is excluded from speedy trial calculation from